IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIANA NICKERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN ELECTRIC POWER )<br> COMPANY, INC., et al., )<br>)<br>Defendants. )<br>) | Case No. 2:20-cv-04243<br>Judge Sarah D. Morrison<br>Magistrate Judge Elizabeth<br> Preston Deavers |

### MOTION FOR ADMISSION *PRO HAC VICE* OF NICOLE A. ALLEN

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4, James A. King, trial attorney for Defendants American Electric Power Company, Inc., Nicholas K. Akins, Brian X. Tierney, and Joseph M. Buonaiuto ("Defendants"), respectfully moves to admit Nicole A. Allen of the law firm Jenner & Block LLP *pro hac vice* to appear and participate as counsel or co-counsel for Defendants.

Movant represents that Nicole A. Allen is a member in good standing of the highest court of the State of Illinois as attested by the accompanying certificate from that court (Exhibit A), and that she is not eligible for permanent admission to the bar of this Court. This Motion is accompanied by the required filing fee. Ms. Allen understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

Ms. Allen's relevant identifying information is as follows:

>Nicole A. Allen
>JENNER & BLOCK LLP
>353 N. Clark Street
>Chicago, IL  60654-3456
>Tel: (312) 222-9350
>nallen@jenner.com

>Respectfully submitted,

>/s/ James A. King
>James A. King (0040270)
>Trial Attorney
>PORTER, WRIGHT, MORRIS & ARTHUR LLP
>41 South High Street
>Columbus, OH  43215-6194
>Tel: (614) 227-2000
>Fax: (614) 227-2100
>jking@porterwright.com

>*Counsel for Defendants American Electric Power Company, Inc., Nicholas K. Akins, Brian X Tierney, and Joseph M. Buonaiuto*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 28, 2020, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filing System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ James A. King*
James A. King

13689181v1

13689181v1