# EXHIBIT B

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

SEAFARERS HEALTH AND BENEFITS PLAN ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Kniffin v. Micron Technology, Inc.*, No. 1:19-cv-00678 (S.D.N.Y.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2020.

SEAFARERS HEALTH AND BENEFITS PLAN

By: *Margaret R. Bowen*
Margaret R. Bowen, Administrator

AMERICAN ELECTRIC POWER

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 12/13/2016 | 6,000 | $62.41 |
| 08/14/2019 | 11,358 | $88.89 |
| 08/29/2019 | 1,987 | $90.53 |
| 05/12/2020 | 2,351 | $77.63 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 03/17/2017 | 3,000 | $66.51 |
| 02/20/2018 | 3,000 | $66.32 |

**Bonds**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 11/08/2017 | 2.15% due 11/13/2020 | 95,000 | $99.87 |

Prices listed are rounded to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

SEAFARERS VACATION PLAN ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Kniffin v. Micron Technology, Inc.*, No. 1:19-cv-00678 (S.D.N.Y.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2020.

SEAFARERS VACATION PLAN

By: _Margaret R. Bowen_
Margaret R. Bowen, Administrator

AMERICAN ELECTRIC POWER

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 12/13/2016 | 1,900 | $62.41 |
| 01/23/2018 | 277 | $69.07 |
| 08/14/2019 | 2,407 | $88.89 |
| 05/12/2020 | 403 | $77.63 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 02/14/2017 | 243 | $63.13 |
| 09/21/2017 | 90 | $71.79 |
| 10/03/2017 | 137 | $70.13 |
| 02/20/2018 | 1,707 | $66.32 |

**Bonds**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 11/08/2017 | 2.15% due 11/13/2020 | 95,000 | $99.87 |

Prices listed are rounded to two decimal places.