UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DIANA NICKERSON,** individually and on behalf of all others similarly situated, *et al.*, | : | |
| | : | **Case No. 2:20-cv-4243** |
| Plaintiffs, | : | **JUDGE SARAH D. MORRISON** |
| | : | **MAGISTRATE DEAVERS** |
| v. | : | |
| **AMERICAN ELECTRIC POWER COMPANY, INC.,** *et al.,* | : | |
| Defendants. | : | |

## ORDER APPOINTING LEAD PLAINTIFFS AND COUNSEL FOR LEAD PLAINTIFFS

Before the Court is the parties' Joint Stipulation Appointing Seafarers Health and Benefits Plan and the Seafarers Vacation Plan (collectively, the "Seafarers Plans") and James J. Durrett, Jr. as Lead Plaintiff and Approving Levi & Korsinsky, LLP and Robbins Geller Rudman & Dowd LLP as Lead Counsel. (ECF No. 15.) Having reviewed the joint motion and stipulation and finding good cause, the Court **GRANTS** the joint stipulation and **ORDERS** that:

1. The Seafarers Plans and Mr. Durrett are hereby appointed Lead Plaintiff in the above-captioned action and any subsequently filed or transferred actions that are consolidated with the action, pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

2. Lead Plaintiff's selections of Levi & Korsinsky and Robbins Geller as Lead Counsel are hereby approved.

3. The Motion to Appoint Counsel (ECF No. 9); the Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (ECF No. 10); and the Motion to Appoint Counsel and for Appointment as Lead Plaintiff (ECF No. 11) are all **MOOT**.

**IT IS SO ORDERED**.

s/ Sarah D. Morrison
**SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE**