AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Diana Nickerson, et al., ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:20-cv-4243 |
| American Electric Power Company, Inc., et al., ) | |
| Defendant ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (check one):

☐ the plaintiff (name) _____ recover from the defendant (name) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____ recover costs from the plaintiff (name) _____ .

☑ other: The Court grants Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. The Amended Complaint is dismissed with prejudice. This action is hereby terminated.

This action was (check one):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 12/20/2021

CLERK OF COURT

Theresa J. B___
Signature of Clerk or Deputy